

FILED
CLERK, U.S. DISTRICT COURT

AUG 16 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

STORM SCULLY,

　　　　　Defendant.

Case No. 24-MJ-4860

ORDER OF DETENTION

I.

On August 16, 2024, Defendant Storm Scully made his initial appearance on the Complaint filed in this case. Deputy Federal Public Defender Kyra Nickell was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joshua Lee. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:   ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)]  The Court also

considered the report and recommendation prepared by United States Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Background information is partly verified
- ☒ Defendant is currently on probation for drug sales and robbery
- ☒ Defendant has multiple dates of birth

As to danger to the community:

- ☒ Defendant has a significant and recent criminal history involving felony convictions for drug related offenses and second degree robbery.
- ☒ Admitted drug use
- ☒ Allegations in the complaint involve continued criminal activity even after arrest and law enforcement contacts.

V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: August 16, 2024                    /s/
                                   _____
                                   ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE